IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAREE HARRELL                                                                    PLAINTIFF

v.                      CASE NO. 3:19-CV-00003 BSM

ANDREW SAUL, Commissioner
Social Security Administration                                        DEFENDANT

## ORDER

After *de novo* review, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 15] is adopted, the Commissioner's final decision is affirmed, and Sharee Harrell's case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE