IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SHAREE HARRELL**                                              **PLAINTIFF**

v.                         CASE NO. 3:19-CV-00003 BSM

**ANDREW SAUL, Commissioner**
**Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE